L. F. DENGLER MACHINE CO., INC., Respondent, *v.* CURTISS AEROPLANE AND MOTOR CORPORATION, Appellant.

*Contract — action to recover for manufacture of tools — defense that price was subject to audit by government, and that amount shown to be due by audit had been paid.*

*Dengler Machine Co., Inc.,* v. *Curtiss Aeroplane & Motor Corporation,* 194 App. Div. 981, affirmed.

(Argued May 3, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 24, 1920, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover compensation for time alleged to have been spent in making certain machine tools for the defendant. The defendant resisted the claim on the ground that under the contract the price was subject to an audit by the United States government and the records of the time spent in the manufacture of the tools, which formed the basis of the charge, should have been preserved for that purpose, and that the defendant paid for everything which an audit of these records called for.

*Ralph S. Kent* for appellant.

*Arthur V. D. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: POUND, J.